SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR - 9 2006
J.T. NOBLIN, CLERK
By_____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BELUGA DESIGNS, L.L.C.**                                   **PLAINTIFF**

**VERSUS**                              CIVIL ACTION NO: 1:05-cv-708-LTS-JMR

**DB BILOXI, L.L.C. d/b/a**
**Le Chateau Condominiums and**
**LANDMARK AMERICAN INSURANCE COMPANY**        **DEFENDANTS**

## ORDER

This cause comes before the Court on the joint *ore tenus* Motion of the Plaintiff and the Defendants requesting the Court to dismiss the Plaintiff's claims against the Defendants and to dismiss the Defendants' counterclaim against the Plaintiff. Being fully advised in the premises and finding that the Plaintiff and the Defendants have reached an amicable settlement of all claims between them, the Court finds the Motion to be well-taken and is **GRANTED**.

IT IS THEREFORE ORDERED and ADJUDGED that the Plaintiff's claims against DB Biloxi, LLC d/b/a Le Chateau Condominiums and Landmark American Insurance Company are hereby dismissed with prejudice and the Defendants' counterclaim against the Plaintiff is hereby dismissed with prejudice. Each party to bear its own costs.

SO ORDERED this the 7th day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT COURT JUDGE

APPROVED:

  s/Joe Sam Owen, with permission              s/Britt R. Singletary
Joe Sam Owen, Esq.                           Britt R. Singletary, Esquire
Attorney for the Plaintiff                    Attorney for the Defendants